UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:
MONICA ELAINE TORRANCE,                              Chapter 13
       Debtor

                                    Case No. 16-34141-KRH

_____

VIRGINIA CREDIT UNION, INC.
       Movant

v.

MONICA ELAINE TORRANCE,
       Respondent

and

SUZANNE E. WADE, TRUSTEE
       Respondent.

OBJECTION TO CONFIRMATION

      COMES NOW the secured creditor, Virginia Credit Union, Inc., a Virginia Corporation, ("the Movant"), by counsel, pursuant to Federal Rules of Bankruptcy Procedure 3015 and 9014 and objects to confirmation of the Chapter 13 Plan dated August 22, 2016, filed by the debtor Monica Elaine Torrance, ("Debtor"), by reason of the following:

      1.    The Movant is a lender having provided the Debtor financing pursuant to a Retail Installment Sale and Simple Finance Agreement dated November 6, 2012, ("Finance

P. Matthew Roberts, Va. Bar No. 70259
Counsel for Virginia Credit Union, Inc.
GODWIN-JONES & PRICE, P.C.
20 S. Auburn Avenue
Richmond, Virginia 23221
Tel: (804) 353-5163
matt@godwinjonesandprice.com

Agreement"). A copy of the Finance Agreement is attached hereto and marked as "Exhibit A" as part of the Movant's Secured Proof of Claim.

2. On August 22, 2016, the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code in this Court ("Petition").

3. Suzanne E. Wade is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. At the time of this bankruptcy filing, the Debtor owned and possessed a 2008 Buick Enclave motor vehicle VIN 5GAER23758J245772 ("Property").

5. The Movant holds the title to the Property and by virtue of its purchase money security interest under the Security Agreement dated November 6, 2012, has filed a secured proof of claim evidencing the debt due to the Movant by the Debtor in the amount of $16,694.37 ("Secured Claim"), and which Secured Claim is partially secured by the Property in an amount of $10,400.00. A Black Book printout attached to the Secured Claim evidences as clean value of $10,400.00, a copy which is attached hereto and marked as "Exhibit B."

6. The Debtor filed a Chapter 13 plan on August 22, 2016 (the "Plan"), in which the Debtor has moved to cram down the Loan balance to $3,524.00 and to reduce the interest rate to 0%.

7. The Plan does not propose to pay Movant's Secured Claim as a long term payment obligation pursuant to the contract terms as a long term payment obligation under Section 5, rather the Plan only provides for the crammed down payments under Section 3(D).

8. Accordingly, the Movant objects to the Debtor's valuation of the Property[1] and objects to confirmation of the Debtor's plan such that the Debtor's valuation would result in a

---

[1] See 11 U.S.C. §506(a)(2), stating "With respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition fo the property at the time value is determined."

modification of the Movant's rights as a secured creditor if confirmed pursuant to 11 U.S.C. §1325.

9. These objections will be presented before the Court at the hearing on confirmation presently noticed to be heard on November 9, 2016, 11:10 AM before Judge Huennekens, 701 East Broad St., Room 5000, Richmond, Virginia 23219.

WHEREFORE, Virginia Credit Union, Inc., a Virginia corporation, by counsel, prays that confirmation be denied and for a hearing that it be granted the relief to which it is entitled.

    Respectfully submitted,
    VIRGINIA CREDIT UNION, INC.
    a Virginia Corporation

    By: /s/ P. Matthew Roberts
        Of counsel

P. Matthew Roberts, Bar No. 70259
GODWIN-JONES & PRICE, PC
20 S. Auburn Ave.
Richmond, Virginia 23221
Tel.: (804) 353-5163
matt@godwinjonesandprice.com
*Counsel for Virginia Credit Union, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Objection to Confirmation was served by regular mail this 22nd day of September, 2016, on the following:

Charles H. Krumbein
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr. - Suite 300
Richmond, VA 23230

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

Monica Elaine Torrance
10864 White Dogwood Dr.
Providence Forge, VA 23140

                                              /s/ P. Matthew Roberts
                                              P. Matthew Roberts

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

4292

51086  Dealer Number  Contract Number 61301

**Buyer Name and Address** (Including County and Zip Code)
MONICA ELAINE TORRANCE
10864 WHITE DOGWOOD DRIVE
PROVIDENCE FORGE NEW KENT VA 23140

**Co-Buyer Name and Address** (Including County and Zip Code)

**Creditor-Seller (Name and Address)**
CAPITAL BUICK GMC
5500 S LABURNUM AVE
RICHMOND, VA 23231

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2008 | BUICK ENCLAVE | 5GAER23758J245772 | [X] personal, family or household<br>[ ] business<br>[ ] agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 5.99 % | $6161.03 | $30606.22 | $36767.25 | $36767.25 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 490.23 | Monthly beginning 12/06/2012 |

Or As Follows: _____

**Late Charge.** If payment is not received in full within __7__ days after it is due, you will pay a late charge of __5__ % of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1 Cash Price (including $791.09 sales tax) .......... $25701.09 (1)
2 Total Downpayment =
  Trade-In 06 FORD EXPLORER
      (Year)    (Make)    (Model)
  Gross Trade-In Allowance .......... $7500.00
  Less Pay Off Made By Seller .......... $11056.75
  Equals Net Trade In .......... $-3556.75
  + Cash .......... $1000.00
  + Other _____ .......... $N/A
  (If total downpayment is negative, enter "0" and see 4I below) $0.00 (2)
3 Unpaid Balance of Cash Price (1 minus 2) .......... $25701.09 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance
    Paid to Insurance Company or Companies
    Life .......... $N/A
    Disability .......... $N/A       $N/A
  B Vendor's Single Interest Insurance
    Paid to Insurance Company(ies). .......... $N/A
  C Other Optional Insurance Paid to Insurance Company or Companies $N/A
  D Optional Gap Contract .......... $495.00
  E Official Fees Paid to Government Agencies .......... $N/A
    1) to _____ for _____ $N/A
    2) to _____ for _____ $N/A
    3) to _____ for _____ $N/A
  F Government Taxes Not Included in Cash Price .......... $37.38
  G Government License and/or Registration Fees .......... $12.00
  H Government Certificate of Title Fees .......... $10.00
  I Other Charges (Seller must identify who is paid and describe purpose.)
    1) USAA        for Prior Credit or Lease Balance $2556.75
    2) EASY CARE   for SERVICE CONTRACT        $1495.00
    3) to _____ for _____ $N/A
    4) to _____ for _____ $N/A
    5) to _____ for _____ $N/A
    6) to _____ for _____ $N/A
    7) to _____ for _____ $N/A
    8) SELLER      for PROCESSING FEE    $299.00
  Total Other Charges and Amounts Paid to Others on Your Behalf $4905.13 (4)
5 Amount Financed (3 + 4) .......... $30606.22 (5)

**OPTION:** [ ] You pay no finance charge if the Amount Financed, item 5, is paid in full on or before __N/A__, Year __, SELLER'S INITIALS _____

### Insurance (right column)
Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Virginia. Your choice will not affect our decision to extend credit or the terms of this contract. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
[ ] Credit Life: [ ] Buyer [ ] Co-Buyer [ ] Both
[ ] Credit Disability: [ ] Buyer [ ] Co-Buyer [ ] Both
Premium:
Credit Life $ __N/A__
Credit Disability $ __N/A__
Insurance Company Name _____
Home Office Address _____

**Other Optional Insurance**
[ ] __N/A_____ __N/A__
   Type of Insurance      Term
Premium $ __N/A__
Insurance Company Name _____
__N/A__
Home Office Address _____
__N/A__

[ ] __N/A_____
   Type of Insurance      Term
Premium $ __N/A__
Insurance Company Name _____
__N/A__
Home Office Address _____
__N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. Your choice of insurer will not affect our decision to extend credit or the terms of this contract.
I want the insurance checked above.
X _____
Buyer Signature         Date
X _____
Co-Buyer Signature      Date
**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.**

**Returned Check Charge:** If any check you give us is dishonored, we may, at our option, charge you $ __50__

[ ] **VENDOR'S SINGLE INTEREST INSURANCE** (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ __N/A__ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. See back of this contract for more information.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __75__ Mos.    EASY CARE
                    Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of the vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding.    Buyer Signs X _____    Co-Buyer Signs _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

## NO LIABILITY INSURANCE INCLUDED
**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.
Buyer Signs X _____  Date 11/06/2012  Co-Buyer Signs X _____  Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____   Address _____
Seller sign CAPITAL BUICK GMC   Date 11/06/2012  By X _____  Title _____

Seller assigns its interest in this contract to VIRGINIA CREDIT UNION (Assignee) under the terms of Seller's agreement(s) with Assignee.
[ ] Assigned with recourse       XX Assigned without recourse       [ ] Assigned with limited recourse
CAPITAL BUICK GMC
Seller _____   By _____   Title _____

LAW FORM NO. 553-VA (REV. 4/10) U.S. PATENT NO. 0468,782 (48,10)
©2010 The Reynolds and Reynolds Company.

**EXHIBIT A**

ORIGINAL LIENHOLDER

# Black Book — Lender Solutions Online Suite

Welcome vacu01 ! Log Out

| Home | Run Lists | Vehicle Trends | Market Insights | User Reports | Specs | All Values | Contact Us | Vehicle History | Market Report | Demand Index |

**Products**

- Used Car & Light Truck Values

**Admin**

- User Profile Manager

**Market Matters**

- Used Car Guide - Weekly
- Old Car Market Guide
- Truck, Van & SUV Guide
- Residual Value Guide

## Vehicle Selector

Free Form | Drill Down

Vehicle Search: [ ]

## Basic Vehicle Info

2008 Buick Enclave CXL 4D SUV FWD

| | | | |
|---|---|---|---|
| MSRP: | $35,455 | VIN: | 5GAER23758J245772 |
| Fin Adv: | $7,125 | UVC: | 2008120107 |
| Equip Ret: | $37,300 | Model #: | 4R14526 |
| MPG: | 16/24 | Price Incl: | AT AC 6CY |

2008 Buick Enclave CXL 4D SUV FWD

**Vehicle Demand Index**

**Segment Analysis**

Segment Analysis chart — Pickup, Full-Size Van, Small Car, Large Crossover/SUV, Small Crossover/SUV; Value axis $0–$40,000; Dates Aug 2014, Aug 2015, Aug 2016, Aug 2017, Aug 2018.

## Values & Adjustments

| Wholesale | Trade In | **Retail** | Residual |

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | N/A | $14,000 | $10,975 | $7,975 |
| Options | N/A | $0 | $0 | $0 |
| Mileage | N/A | ($3,600) | ($3,025) | ($2,425) |
| Region | N/A | $0 | $0 | $0 |
| Total | N/A | $10,400 | $7,950 | $5,550 |

**Daily Values** | Weekly Values | Monthly Values

156001 - 165000 | Add/Deducts

As Of: 8/31/2016 | National

## Value Trend

## Loan To Value Calculator

Wholesale Average : $5,425 | Loan To Value

Loan Amount: [ ]
*Please enter a valid number.*
As of: 8/31/2016

## User Reporting Summary

This Month | This Year

**Valuations**
**121**
As of: 8/31/2016

**Top Vehicles This Month**

Pie chart legend: Honda Accord, BMW Alpina, Cadillac STS, Chevrolet Camaro, Dodge Ram 1500, Other

For inquiries or more information or data, email us at NARInternet@blackbookusa.com or call 1-800-554-1026.

Copyright ©2016 Hearst Business Media Corp. ALL RIGHTS RESERVED. — App Version: aw2 1.8.10

**EXHIBIT B**