United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In RE:  
Monica Elaine Torrance, a/k/a Monica Torrance a/k/a Monica E Torrance

BCN#: 16-34141-KRH  
Chapter: 13

Debtor

RESPONSE TO DEBTOR'S MOTION TO SELL

Comes now Wells Fargo Bank, NA ("Creditor"), by Counsel, and for its response to the Debtor's Motion to Sell Real Property states as follows:

1. That Wells Fargo Bank, NA holds a first priority deed of trust secured by real property located at 10864 WHITE DOGWOOD DRIVE, Providence Forge, VA 23140.

2. That Creditor consents to the sale of the real property located at 10864 WHITE DOGWOOD DRIVE, Providence Forge, VA 23140, which is secured by a deed of trust held by Wells Fargo Bank, NA, provided that there are sufficient proceeds to pay its underlying note and deed of trust in full through settlement.

3. Further, that Creditor requests that all proceeds from the sale of the property be used to pay Wells Fargo Bank, NA in full, full including its outstanding fees and costs due and owing at the date of settlement. Nothing contained herein shall prevent the Secured Creditor from proceeding to foreclosure upon obtaining relief from the Automatic Stay.

4. To the extent that the proceeds of the sale are insufficient to pay its underlying note and deed of trust in full including its fees and costs at settlement, then Wells Fargo Bank, NA is opposed to the Motion to Sell Real Property.

Dated: 01/28/2021

                                                                      LOGS LEGAL GROUP LLP

                                          Attorneys for  Wells Fargo Bank, NA

                                                            /s/ Mary F. Balthasar Lake
By:_____
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
Counsel for Movant

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2021 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Charles H Krumbein, Krumbein Consumer Legal Services, Inc.<br>1650 Willow Lawn Dr.<br>Suite 300<br>Richmond, VA 23230 | Debtor's Attorney |
| Suzanne E. Wade<br>7202 Glen Forest Drive<br>Suite 202<br>Richmond, VA 23226 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Monica Elaine Torrance a/k/a Monica Torrance a/k/a Monica E Torrance<br>10864 WHITE DOGWOOD DRIVE<br>Providence Forge, VA 23140 | Debtor(s) |

/s/ Mary F. Balthasar Lake
_____
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
LOGS LEGAL GROUP LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
logsecf@logs.com     17-267012